1463 COLBY (Treasurer of the Village of Muskegon Heights) vs. VAN ZALIGEN (County Treasurer), No. 12347.

To compel the payment over to relator of certain liquor taxes collected by respondent.

Granted November 18, 1891.

The village of Muskegon Heights was incorporated by the legislature of 1891, the act being given immediate effect, and the bill was approved April 21, 1891. The taxes were paid May 5, 1891. The affidavit and bonds filed with the respondent showed that the parties proposed to carry on the business in the village of Muskegon Heights, although the bonds were approved by the township officers. The respondent set up that the first election of the village was not held until June 1, 1891, and that he had paid the moneys over to the township.

1464 GROSSE POINTE VILLAGE vs. PHELPS (Co. Treas.), No. 11664.

To compel respondent to pay over one-half of an amount received by him from one Neff, as a liquor tax for 1890.

Denied February 27, 1891, without costs.

It appeared that relator had claimed and received from respondent one-half of the tax collected from Neff for the year 1889, when not entitled to it, because the territory in which Neff's place of business was located was not included within the village until after the tax became due and payable, and respondent claimed the right to set off the payment so made against the amount collected for 1890.